**CHESTER BROSS CONSTRUCTION CO.
and C.B. Equipment, Inc., Appellants,**

v.

**STATE HIGHWAY AND TRANSPORTATION COMMISSION, Respondent.**

No. WD 54309.

Missouri Court of Appeals,
Western District.

April 21, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 2, 1998.

Application for Transfer Denied
Aug. 25, 1998.

Charles Svoboda, Kansas City, for Appellants.

Michael Rose, Jefferson City, for Respondent.

Before LAURA DENVIR STITH, P.J., and HANNA and RIEDERER, JJ.

**ORDER**

PER CURIAM.

Chester Bross Construction Company and C.B. Equipment Company, Inc. ("Bross") sued the Missouri Highway and Transporta-

tion Commission for collection of money under a contract to repair several slide areas located on roads in Northwest Missouri. The trial court granted the Commission's motion for summary judgment, and denied Bross' motion for summary judgment. Bross appeals.

Bross' request for interest, attorney fees, and costs incurred on appeal, pursuant to § 34.057.1(5), RSMo 1994, is denied. The judgment of the trial court is affirmed. Rule 84.16(b), V.A.M.R.